**Electronically Filed**
**Supreme Court**
**SCWC-30463**
**07-SEP-2011**
**07:56 AM**

SCWC-30463

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ROBERT D. JERVIS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 1DTC-09-077007)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Robert D. Jervis's

application for writ of certiorari filed on July 28, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, September 7, 2011.


Earle A. Partington on
the application for
petitioner/defendant-
appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

